UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
THOMAS E. PEREZ, Secretary of Labor,                :
United States Department of Labor,
                                                                              :   Case No.  14-cv-04369-KPF
                         Plaintiff,
                v.                                                         :

MIDTOWN EAST WINGS, INC., and                   :
TERRY MOHAMED, Individually and as Officer,
                                                                              :
                         Defendants.
------------------------------------------------------------------------

# PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A RECEIVER PURSUANT TO THE CONSENT JUDGMENT

Plaintiff Secretary of Labor, United States Department of Labor respectfully moves this Court for the appointment of a receiver ("Receiver") pursuant to paragraph VII of the Consent Judgment ordered by this Court on June 23, 2014. *See* Consent Judgment, June 23, 2014, ECF No. 3 ("Consent Judgment"). Defendants have failed to comply with the monetary terms of the Consent Judgment and, as set forth in the accompanying Memorandum of Law, a Receiver is necessary to fulfill the requirements of the Consent Judgment and the Secretary's important enforcement goals.

The facts supporting the Secretary's motion for the appointment of a Receiver are set forth in the accompanying Declarations of Summer Silversmith, Esq., Attorney for the plaintiff Secretary of Labor, and of Mary Doughty, Regional Director of Operations for the Northeast Regional Office of the U.S. Department of Labor, Wage Hour Division.[1] As set forth in detail in

---

[1] As the appointment by the Court of a Receiver is called for by the Consent Judgment if the defendants default on their monthly installment payments, the plaintiff Secretary is not requesting oral argument on this motion.

these declarations, defendants have paid only $16,849.94 out of the total $76,184.54 which they agreed in the Consent Judgment to pay. Defendants stopped paying the monthly back wage installments after April 2, 2014, and thus still owe $59,334.60 to the Department of Labor, plus interest pursuant to 28 U.S.C. § 1961.

As a consequence of defendants' failure to adhere to the installment payment plan, pursuant to the terms of paragraph VII of the Consent Judgment, the Secretary is entitled to the appointment of a Receiver to review defendants' finances and effectuate the terms of the Consent Judgment.

Paragraph VII of the Consent Judgment states in relevant part that:

> If the defendants fail to make the payments as set forth above, upon notice to the defendants; the Court shall appoint a Receiver to effectuate all of this Consent Judgment. In the event a Receiver is appointed:

1. Defendants shall cooperate with the Receiver in all respects, and shall provide to the Receiver any and all information which the Receiver may require to carry out its appointment and in accordance with the authority given to the Receiver pursuant to applicable law at the time of appointment.

2. All the expenses of the accountant or Receiver shall be borne solely by defendants.

3. The Receiver shall serve until the monetary terms of this Judgment are satisfied.

4. The Receiver shall have full authority to: collect the Defendants' assets and report his/her findings to the Court and the parties; to redeem and/or liquidate the defendants' assets and turn over the proceeds to the Secretary; if the asset is a debt that is due, collect it and turn over the proceeds to the Secretary; to analyze

all indebtedness and where deemed appropriate seek restructuring; to analyze all transfers of the defendants' assets; to prevent waste or fraud and to do all acts and take all measures necessary or proper for the efficient performance of the duties under this Judgment.

*See* Consent Judgment ¶ VII.

Accordingly, as defendants have consented to the appointment of a Receiver in these circumstances, the Secretary respectfully urges that the Court grant the Secretary's motion and appoint a Receiver in the instant case to effectuate the performance of the Consent Judgment.

DATED:    November 12, 2015
          New York, NY

                                            M. PATRICIA SMITH
                                            Solicitor of Labor

                                            JEFFREY S. ROGOFF
                                            Regional Solicitor

                                            <u>/s/ Summer Silversmith</u>
                                            SUMMER SILVERSMITH
                                            Trial Attorney
                                            U.S. Department of Labor
                                            Office of the Solicitor
                                            201 Varick Street, Room 983
                                            New York, NY 10014
                                            Tel. (646) 264-3625
                                            Fax (646) 264-3660
                                            E-mail: silversmith.summer@dol.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: that on November 12, 2015, I mailed via first class US mail a copy of the Plaintiff's Motion for the Appointment of a Receiver Pursuant to the Consent Judgment along with the supporting Memorandum of Law and Declarations of Summer Silversmith and Mary F. Doughty, uploaded the same day to the CM/ECF system in the matter of *Perez v. Midtown East Wings, Inc., et al.*, 14-cv-0439, to Defendants at the following address:

Terry Mohamed, Individually and as Officer; and
Midtown East Wings, Inc.
1140 2nd Avenue
New York, NY  10065


DATED:    November 12, 2015
          New York, New York


                                        M. PATRICIA SMITH
                                        Solicitor of Labor

                                        JEFFREY S. ROGOFF
                                        Regional Solicitor

By:    _s/ Summer Silversmith_____
           SUMMER SILVERSMITH
           Trial Attorney (G01608)
           U.S. Department of Labor
           Attorneys for THOMAS E. PEREZ,
           Secretary of Labor