**U.S. Department of Labor**
**Office of the Solicitor**

201 Varick Street, Room 983
New York, NY 10014
Phone:   (646) 264-3650
Fax:      (646) 264-3660



Reply to the Attention of:      Elena S. Goldstein, Senior Trial Attorney
(646) 264-3686 (direct dial)
goldstein.elena@dol.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 9, 2016

# MEMO ENDORSED

Via ECF

March 9, 2016

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

RE:      Perez v. Midtown East Wings, Inc., *et al.*, Case No. 14 Civ. 04369

Dear Judge Failla:

The Secretary writes to respectfully request to withdraw its motion to appoint a receiver (Docket Nos. 4-8).  The Secretary anticipates that this matter will be referred to debt collection.  Please do not hesitate to contact the undersigned if you have any questions.

Sincerely,

Jeffrey S. Rogoff
Regional Solicitor


By:      /s
Elena Goldstein
Senior Trial Attorney


Application GRANTED.  The Clerk of Court is directed to terminate the motion at Docket Entry 5.

Dated:      March 9, 2016                    SO ORDERED.
New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE